**United States District Court**
For the Northern District of California

*E-Filed 9/15/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BURGERMEISTER MANAGEMENT, INC., a California corporation; BM FRANCHISE, INC., a California corporation; and PAUL MOGANNAM, an individual,

    Plaintiffs,

  v.

BURGERMEISTER MGT CO., INC., a Delaware corporation; BURGERMEISTER LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive,

    Defendants.

No. C 11-00677 RS

**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

    Plaintiffs Burgermeister Management, Inc., BM Franchise, Inc., and Paul Mogannam bring a motion for leave to file a first amended complaint (FAC) pursuant to Federal Rule of Civil Procedure 15(a)(2). Defendants Burgermeister Mgt. Co., Inc. and BurgerMeister LLC filed a statement of non-opposition to the motion, acknowledging that Rule 15 instructs courts to grant leave to amend freely "when justice so requires." Fed. R. Civ. P. 15(a)(2). The matter is suitable for disposition without oral argument pursuant to Civil Local Rule 7-1(b). Plaintiffs' motion for leave to file their FAC is granted and the hearing scheduled for October 6, 2011 is vacated.

IT IS SO ORDERED.

Dated: 9/15/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE