*E-Filed 9/27/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BURGERMEISTER MANAGEMENT, INC., a California corporation; BM FRANCHISE, INC., a California corporation; and PAUL MOGANNAM, an individual,<br><br>    Plaintiffs,<br>  v.<br><br>BURGERMEISTER MGT CO., INC., a Delaware corporation; BURGERMEISTER LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive,<br><br>    Defendants. | No. C 11-00677 RS<br><br>**ORDER** |

The above captioned case is referred to a Magistrate Judge for all matters relating to discovery. Accordingly, the hearing on plaintiff's motion to compel scheduled for November 3, 2011 is vacated. Upon reassignment to a referral Magistrate Judge, plaintiff must re-notice its motion.

IT IS SO ORDERED.

Dated: 9/27/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-00677 RS
ORDER