**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**\*E-Filed 9/27/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BURGERMEISTER MANAGEMENT, INC., a California corporation; BM FRANCHISE, INC., a California corporation; and PAUL MOGANNAM, an individual,

       Plaintiffs,

  v.

BURGERMEISTER MGT CO., INC., a Delaware corporation; BURGERMEISTER LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive,

       Defendants.

_____/

No. C  11-00677 RS

**ORDER**

The above captioned case is referred to a Magistrate Judge for all matters relating to discovery.  Accordingly, the hearing on plaintiff's motion to compel scheduled for November 3, 2011 is vacated.  Upon reassignment to a referral Magistrate Judge, plaintiff must re-notice its motion.

IT IS SO ORDERED.

Dated: 9/27/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C  11-00677 RS
ORDER