IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BURGERMEISTER MANAGEMENT, INC., BM FRANCHISE, INC., and PAUL MOGANNAM<br><br>Plaintiffs,<br><br>v.<br><br>BURGERMEISTER MGT. CO., INC., and BURGERMEISTER LLC,<br><br>Defendants. | Case Number 11-cv-00677 RS (NC)<br><br>**ORDER VACATING HEARING**<br><br>Re: Docket No. 40 |

Plaintiffs Burgermeister Management, Inc., BM Franchise, Inc., and Paul Mogannam bring this action against Defendants Burgermeister Mgt. Co., Inc. and Burgermeister LLC for trademark infringement in violation of the Lanham Act, 15 U.S.C. §§ 1051-1127. Dkt. No. 1. Plaintiffs move to compel Defendants to produce documents and answers to interrogatories. Dkt. No. 40. Defendants oppose the motion. Dkt. No. 50. Based on the papers submitted by the parties, the Court finds that the motion is appropriate for determination without oral argument. *See* Civil L.R. 7-1(b). Accordingly, the hearing scheduled for November 2, 2011 is vacated.

IT IS SO ORDERED.

DATED: October 25, 2011

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-cv-00677 RS (NC)
ORDER VACATING HEARING