*E-Filed 11/9/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BURGERMEISTER MANAGEMENT INC., ET AL., | No. C 11-00677 RS |
| Plaintiffs, | **STANDBY ORDER OF DISMISSAL** |
| v. | |
| BURGERMEISTER MGT CO INC., ET AL., | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 3, 2012**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 12, 2012, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order my result in dismissal of the case.

IT IS SO ORDERED.

Dated:   11/9/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-00677 RS
STANDBY ORDER OF DISMISSAL